DECEMBER 14, 2010

No. 138, Orig. SOUTH CAROLINA *v.* NORTH CAROLINA. Bill of complaint dismissed under this Court's Rule 46.1. [For earlier decision herein, see, *e. g.,* 558 U. S. 256.]

DECEMBER 16, 2010

No. 10–5802. MARKEL, AKA JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 5, 2011

No. 10–540. ADELPHIA RECOVERY TRUST *v.* BANK OF AMERICA, N. A., ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 7, 2011

No. 09–987. ARIZONA CHRISTIAN SCHOOL TUITION ORGANIZATION *v.* WINN ET AL.; and

No. 09–991. GARRIOTT, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE *v.* WINN ET AL. C. A. 9th Cir. [Certiorari granted, 560 U. S. 924.] Motions of respondents Glenn Dennard et al. and Kathleen M. Winn et al. for leave to file supplemental briefs after argument granted.

No. 09–1272. KENTUCKY *v.* KING. Sup. Ct. Ky. [Certiorari granted, 561 U. S. 1057.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.